JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CONTRERAS, | CV 19-06969 PA (AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendants. | |

Pursuant to the Court's January 10, 2019 Minute Order granting defendant Portfolio Recovery Associates, LLC's Motion to Dismiss the First Amended Complaint without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 10, 2020

                                                      Percy Anderson
                                     UNITED STATES DISTRICT JUDGE